Stella Trysko, appellee, v. M. Erens, appellant. Gen. No. 33,010.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Maxwell Landis, for appellant. Frank P. Sadler, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Illinois Refrigerator Company, appellee, v. Charles F. Roberts and Ivan D. Tefft, appellant. Gen. No. 33,063.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Victor B. Scott, for appellants. Baker, Holder & Schmidt, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Midwestern Company, appellee, v. Warshawsky & Company, appellant. Gen. No. 33,099.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Schuyler, Weinfeld & Parker, for appellant; Wm. C. Graves, Fred Plotke and Carl J. Appell, of counsel. Albert Sabath, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Harris, appellee, v. Chicago Title & Trust Company et al., appellants. Gen. No. 32,734.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Cooke, Sullivan & Ricks and Alden, Latham & Young, for appellant Chicago Title & Trust Company. Chapman & Cutler, for appellant Harris Trust & Savings Bank. Charles Martin, for appellant Addressing Machines Securities Company. Townley, Wild, Campbell & Clark, for appellee; Morris Townley, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Joseph Harris, appellee, v. Chicago Title & Trust Company et al., appellants. Gen. No. 32,735.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.